**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**MARCELLO HINOJOSA**
**a/k/a "Milo"**

**SEALED INDICTMENT**

4:26 cr 55 - AW

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about June 3, 2026, in the Northern District of Florida, the defendant,

**MARCELLO HINOJOSA,**
**a/k/a "Milo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(viii).

Enhanceable Prior Convictions

On or about July 18, 2018, **MARCELLO HINOJOSA,** was convicted in the Northern District of Florida of a serious drug felony, that is: Conspiracy to Distribute and Possess with intent to Distribute 500 grams or more of a Mixture

Filed
~~RCVD~~ USDC FLND TL
AUG 4 '26 PM1:53

and Substance Containing Methamphetamine, and Possession with Intent to Distribute Methamphetamine, offenses described in Title 18, United States Code, Section 924(e)(2)(A)(i), and Title 21, United States Code, Section 802(58), for which he served a term of imprisonment of more than twelve months and was released from service of that term within fifteen years of the commencement of the offense charged in this count.

**COUNT TWO**

On or about June 3, 2026, in the Northern District of Florida, the defendant,

**MARCELLO HINOJOSA,**
**a/k/a "Milo,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate commerce, that is:

1. a. On or about July 24, 1991, **MARCELLO HINOJOSA** was convicted in the State of Michigan of Motor Vehicle-Unlawful Driving Away;

   b. On or about March 23, 1992, **MARCELLO HINOJOSA** was convicted in the State of Michigan of Attempted Possession with intent to Deliver Less Than 50 grams of Cocaine;

c. On or about May 16, 2001, **MARCELLO HINOJOSA** was convicted in the State of Kentucky of Fleeing or Evading Police-1st Degree;

d. On or about October 30, 2001, **MARCELLO HINOJOSA** was convicted in the State of Florida of Grand Theft;

e. On or about November 20, 2003, **MARCELLO HINOJOSA** was convicted in the State of Florida of Grand Theft;

f. On or about March 13, 2007, **MARCELLO HINOJOSA** was convicted in the State of Florida of Felony Battery;

g. On or about November 12, 2009, **MARCELLO HINOJOSA** was convicted in the State of Florida of Grand Theft;

h. On or about November 12, 2009, **MARCELLO HINOJOSA** was separately convicted in the State of Florida of Aggravated Stalking After Court Order;

i. On or about September 22, 2016, **MARCELLO HINOJOSA** was convicted in the State of Georgia of Possession of Methamphetamine;

j. On or about August 2, 2016, **MARCELLO HINOJOSA** was convicted in the State of Florida of Possession of Lorazepam;

k. On or about November 14, 2017, **MARCELLO HINOJOSA** was convicted in the State of Florida of Felony Domestic Battery; and

l. On or about July 18, 2018, **MARCELLO HINOJOSA** was convicted in the United States District Court for the Northern District of Florida of Conspiracy to Distribute and Possess with intent to Distribute 500 grams or more of a Mixture and Substance Containing Methamphetamine, and Possession with Intent to Distribute Methamphetamine.

2. For each of these crimes, **MARCELLO HINOJOSA** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **MARCELLO HINOJOSA** did knowingly possess a firearm, to-wit, a Hi-Point 9 millimeter caliber handgun, and ammunition, to-wit, namely Blazer 9 millimeter caliber.

4. This firearm and ammunition had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

**COUNT THREE**

On or about June 3, 2026, in the Northern District of Florida, the defendant,

**MARCELLO HINOJOSA,**
**a/k/a "Milo,"**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, as charged in Count One of this Indictment, did knowingly possess a firearm, to-wit: a Hi-Point 9 millimeter caliber pistol.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**CONTROLLED SUBSTANCE FORFEITURE**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violation charged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant,

**MARCELLO HINOJOSA,**
**a/k/a "Milo,"**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all his interest in:

A. Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation.

B. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violation.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred, sold to, or deposited with a third party;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

**FIREARM FORFEITURE**

The allegations contained in Counts Two and Three of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**MARCELLO HINOJOSA,**
**a/k/a "Milo,"**

knowingly committed the violations set forth in Counts Two and Three of this Indictment, any and all interest that this defendant has in the firearm and ammunition involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

Redacted

8-4-2026
DATE

JOHN P. HEEKIN
United States Attorney

ERIC K. MOUNTIN
Assistant United States Attorney